# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Reinhart, Bruce E. | U.S. District Court, Southern District of Florida | 08/10/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Magistrate Judge, Full-Time | ☐ Nomination Date  <br> ☐ Initial ☑ Annual ☐ Final  <br> **5b.** ☐ Amended Report | 01/01/2020 **to** 12/31/2020 |

**7. Chambers or Office Address**

Paul G. Rogers Federal Building and U.S. Courthouse
701 Clematis Street
West Palm Beach, Florida 33401

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2020 | State of Florida (salary) |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | George Mason Center for Law and Economics | Feb. 1-4, 2020 | Key West, FL | Economics program | Transportation, meals, lodging |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reinhart, Bruce E. | 08/10/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔    NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔    NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Reinhart, Bruce E.** | 08/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. INDIVIDUAL ASSETS (H) | | | | | | | | | |
| 2. USAA FEDERAL SAVINGS BANK (cash) | A | Interest | K | T | | | | | |
| 3. ACCOUNT #1 (H) | | | | | | | | | |
| 4. MORGAN STANLEY PRIVATE BANK NA (cash) | A | Interest | J | T | | | | | |
| 5. FIRST TR HIGH YL LG/SHT ETF (HYLS) | A | Dividend | K | T | Buy | 04/24/20 | K | | |
| 6. FIRST TR VALU.LN DIV IDX (FVD) | A | Dividend | K | T | | | | | |
| 7. ISHARES CORE MSCI EAFE ETF (IEFA) | B | Dividend | L | T | | | | | |
| 8. ISHARES CORE MSCI EMERGING (IEMG) | A | Dividend | J | T | | | | | |
| 9. ISHARES RUSSELL 1000 GRW ETF (IWF) | B | Dividend | M | T | | | | | |
| 10. ISHARES RUSSELL 1000 VALUE ETF (IWD) | B | Dividend | L | T | | | | | |
| 11. ISHARES RUSSELL 2000 ETF (IWM) | A | Dividend | | | Sold | 04/24/20 | J | | |
| 12. ISHARES RUSSELL MIDCAP G ETF (IWP) | A | Dividend | K | T | | | | | |
| 13. ISHARES RUSSELL MIDCAP V ETF (IWS) | A | Dividend | K | T | | | | | |
| 14. ISHARES TIPS BOND ETF (TIP) | A | Dividend | | | Sold | 04/24/20 | K | B | |
| 15. VANGUARD TOTAL BOND MARKET (BND) | A | Dividend | K | T | | | | | |
| 16. FEDERATED KAUFMANN SM CAP IS (FKAIX) | A | Dividend | K | T | Buy | 04/24/20 | J | | |
| 17. LORD ABBETT SHT DURATION INC F (LDLFX) | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| **Reinhart, Bruce E.** | 08/10/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.   PIMCO INCOME I2 (PONPX) | B | Dividend | K | T | | | | | |
| 19.   PIMCO SHORT ASSET INVEST I2 (PAIPX) | A | Dividend | K | T | | | | | |
| 20.   ACCOUNT #2 (H) | | | | | | | | | |
| 21.   MORGAN STANLEY PRIVATE BANK NA (cash) (X) | A | Interest | J | T | | | | | |
| 22.   ISHARES 20+ YR TREASU BOND ETF (TLT) | A | Dividend | | | Sold (part) | 03/16/20 | J | C | |
| 23. | | | | | Sold | 03/18/20 | K | C | |
| 24.   ISHARES CORE MSCI EAFE ETF (IEFA) | B | Dividend | M | T | Buy (add'l) | 03/18/20 | J | | |
| 25. | | | | | Sold (part) | 05/20/20 | J | | |
| 26.   ISHARES CORE MSCI EMERGING (IEMG) | B | Dividend | L | T | Buy (add'l) | 03/18/20 | J | | |
| 27.   ISHARES IBOXX HY COR BD ETF (HYG) | B | Dividend | K | T | Buy | 04/08/20 | K | | |
| 28. | | | | | Buy (add'l) | 05/20/20 | J | | |
| 29.   ISHARES INC MSCI JAPAN ETF (EWJ) | | None | | | Sold | 05/20/20 | J | | |
| 30.   ISHARES RUSSELL 1000 GRW ETF (IWF) | A | Dividend | L | T | Buy (add'l) | 03/18/20 | J | | |
| 31. | | | | | Sold (part) | 05/20/20 | J | B | |
| 32.   ISHARES RUSSELL 1000 VALUE ETF (IWD) | B | Dividend | L | T | Buy (add'l) | 03/18/20 | J | | |
| 33.   ISHARES RUSSELL 2000 GRWTH ETF (IWO) | A | Dividend | J | T | | | | | |
| 34.   ISHARES RUSSELL 2000 VALUE ETF (IWN) | A | Dividend | J | T | Buy (add'l) | 05/20/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Reinhart, Bruce E.** | 08/10/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35.  ISHARES RUSSELL MIDCAP G ETF (IWP) | A | Dividend | K | T | Buy (add'l) | 03/18/20 | J | | |
| 36. | | | | | Buy (add'l) | 05/20/20 | J | | |
| 37.  ISHARES RUSSELL MIDCAP V ETF (IWS) | A | Dividend | K | T | Buy (add'l) | 03/18/20 | J | | |
| 38.  ISHARES TIPS BOND ETF (TIP) | A | Dividend | | | Sold (part) | 03/16/20 | J | | |
| 39. | | | | | Sold | 04/08/20 | J | A | |
| 40.  PIMCO ENHANCED SHRT MTRT EXC (MINT) | A | Dividend | J | T | Sold (part) | 03/16/20 | J | | |
| 41. | | | | | Sold (part) | 04/08/20 | J | | |
| 42.  VANGUARD SHORT TERM BND (BSV) | A | Dividend | K | T | Sold (part) | 03/16/20 | J | A | |
| 43. | | | | | Buy (add'l) | 05/20/20 | J | | |
| 44.  VANGUARD TOTAL BOND MARKET (BND) | A | Dividend | K | T | Buy (add'l) | 03/18/20 | J | | |
| 45. | | | | | Buy (add'l) | 05/20/20 | J | | |
| 46.  ACCOUNT #3 (H) | | | | | | | | | |
| 47.  CHARLES SCHWAB BANK SWEEP ACCOUNT (cash) (X) | A | Interest | J | T | | | | | |
| 48.  USAA INCOME FUND RETAIL (USAIX) | A | Dividend | J | T | | | | | |
| 49.  USAA INTERMEDIATE TERM BOND RETAIL (USIBX) | A | Dividend | J | T | Buy (add'l) | 06/16/20 | J | | |
| 50.  CAPITAL ONE FC (COF) | A | Dividend | J | T | Buy | 06/16/20 | J | | |
| 51.  SCHWAB US BROAD MARKET (SCHB) | A | Dividend | J | T | Buy | 06/09/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. VICTORYSHARES DEV ENH VOL WTD IDX ETF (CIZ) (X) | A | Dividend | J | T | Sold (part) | 12/28/20 | J | | |
| 53. USAA EMERGING MARKETS FUND RETAIL (USEMX) | A | Dividend | J | T | | | | | |
| 54. USAA GROWTH FUND RETAIL (USAAX) | A | Dividend | J | T | Sold (part) | 06/15/20 | J | | |
| 55. USAA SCIENCE & TECHNOLOGY RETAIL (USSCX) | | None | | | Sold | 06/08/20 | J | | |
| 56. USAA SMALL CAP STOCK FUND RETAIL (USCAX) | A | Dividend | J | T | | | | | |
| 57. USAA VALUE FUND RETAIL (UVALX) | A | Dividend | J | T | Sold (part) | 06/15/20 | J | | |
| 58. | | | | | Sold (part) | 12/28/20 | J | | |
| 59. USAA INTERNATIONAL FUND RETAIL (USIFX) (Y) | | | | | | | | | |
| 60. ACCOUNT #4 (H) | | | | | | | | | |
| 61. MY 529 AGE-BASED AGGRESSIVE GLOBAL PORTFOLIO | C | Dividend | M | T | | | | | |
| 62. ACCOUNT #5 (H) | | | | | | | | | |
| 63. MY 529 EQUITY - 100% DOMESTIC PORTFOLIO | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Reinhart, Bruce E.** | 08/10/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

| Name of Person Reporting | Date of Report |
|---|---|
| Reinhart, Bruce E. | 08/10/2021 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Bruce E. Reinhart**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544